NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8942
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GWENDOLYN J. ABBOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW SAUL, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>)<br>_____ ) | Case No.: 2:20-cv-00064-EJY<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant Andrew Saul, Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and Remand (Dkt. No. 11, filed on April 21, 2020), currently due on May 21, 2020, by 21 days, through and including June 11, 2020.  Defendant further requests that all subsequent deadlines set forth in the Court's scheduling order (Dkt. No. 9) be extended accordingly.

This is Defendant's first request for an extension of time.  Good cause exists for this extension due to Defendant's counsel's workload as described below.  Since Plaintiff's motion was filed on April 21, 2020, Defendant's counsel has worked on approximately 13 district court cases.  Counsel is also responsible for other substantive non-litigation matters in the Office of General Counsel.  Among

other things, this has included spending significant time helping the Office of General Counsel switch to new processes that are necessary due to the Covid-19 pandemic and related stay-at-home orders. The Office of General Counsel also currently has a number of attorneys out on leave of absence, in addition to staff attrition, which has increased the undersigned's workload at a time when the office is under a hiring freeze.

Additional time is required to review the record, to evaluate the numerous issues raised in Plaintiff's motion, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On May 13, 2020, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and Remand, through and including June 11, 2020.

Dated: May 13, 2020

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney

**IT IS SO ORDERED; however, no further extensions will be approved by the Court.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 14, 2020

2