AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

GWENDOLYN ABBOTT,

              Plaintiff,

v.

ANDREW SAUL,

              Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:20-cv-00064-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

A fee award in the amount of $12,000 for work before the Court is to be paid to Marc Kalagian at the Law Offices of Rohlfing & Kalagian, LLP from the sums held by the Social Security Commissioner from Plaintiff's past-due benefits. Marc Kalagian shall refund $2,500 to Plaintiff Gwendolyn Abbot for funds previously paid to him by the Commissioner under the Equal Access to Justice Act.

 

8/27/2021  
Date

DEBRA K. KEMPI  
Clerk

/s/ D. Reich-Smith  
Deputy Clerk